[No. 4538–2–III.  Division Three.  June 8, 1982.]

VERNON MCCOMBS, ET AL, *Respondents,* v. ERNEST
G. CRAFT, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Yakima County, No. 79–2–02496–1, Cameron K. Hopkins, J. Pro Tem., entered April 10, 1981. *Affirmed* by unpublished opinion per Munson, J., concurred in by Roe, A.C.J., and Green, J.

[No. 4472–6–III.  Division Three.  June 8, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
LAWRENCE PECORARO, *Appellant.*

Appeal from a judgment of the Superior Court for Kittitas County, No. C–7822, W. R. Cole, J., entered February 27, 1981. *Affirmed in part* and *remanded* by unpublished opinion per McInturff, C.J., concurred in by Munson and Roe, JJ.

[No. 4380–1–III.  Division Three.  June 8, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
WAYNE STEVENSON, *Appellant.*

Appeal from a judgment of the Superior Court for Douglas County, No. 1716, Fred Van Sickle, J., entered December 16, 1980. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Roe, J.